UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARQUIS FREEMAN
                    PLAINTIFF

          AGAINST

CITY OF NEWBURGH
K. JODICE;POLICE OFFICER
JOHN DOE: POLICE OFFICER
JANE DOE#1:POLICE OFFICER
JANE DOE#2 POLICE OFFICER
; IN BOTH THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES

                    DEFENDANT

**26CV6598**

CIVIL COMPLAINT
(TRIAL BY JUDGE RE-
QUESTED)



RECEIVED
JUL 30 202
PRO SE OFFICE

## JURISDICTION

1. This is a civil action authorized under 42 U.S.C § 1983 in connection with the deprivation of rights secured by the united states constitution against individuals acting under the color of state law. This court has jurisdiction pursuant to 28 U.S.C § 1331 AND 1343 (A) (3)

## VENUE

2. The events giving rise to this claim occurred in Orange County, New York; pursuant to 28 U.S.C. § 1391 (B) (2) venue is properly laid in the southern district of New York

## PLAINTIFF

3. Plaintiff MARQUIS FREEMAN here in is a pre-trial detainee committed to the custody of orange county sheriff; at orange county jail, 110 wells farm road, Goshen, New York, 10924

## DEFENDANTS

4. THE CITY OF NEWBURGH is a Defendant and is legally liable for its Policy Practice and Custom of allowing its police officers to carry out excessive ;sadistic;and malicious use of force against its civilians during police arrests or allowing it to continue with deliberate indifference work;address is City Hall;83 Broadway Street;Newburgh New York ,12550

5. K. Jodice is a City of Newburgh Police officer, Badge #611 and is Legally Liable for his Excessive; Sadistic; and Malicious use of force aganist plaintiff; Work address is 55 Broadway Street; Newburgh, New York 12550

6. John Doe is a City of Newburgh Police officer and is legally liable for his Excessive; Sadistic and Malicious use of force against plaintiff and for his failure to intervene when such unconstitutional use of force was being used; work address is , 55 Broadway Street Newburgh; New York 12550

7. Jane Doe#1 is a City of Newburgh Police officer and is legally liable for her Excessive; Sadistic and Malicious use of force against plaintiff and for her failure to intervene when such unconstitutional use of force was being used; work address is , 55 Broadway Street Newburgh; New York 12550

8. Jane Doe #2 is a City of Newburgh Police officer and is legally liable for her Excessive; Sadistic and Malicious use of force against plaintiff and for her failure to intervene when such unconstitutional use of force was being used; work address is , 55 Broadway Street Newburgh; New York 12550

## STATEMENT OF FACTS

9. City of Newburgh has a policy, practice, and Custom of allowing its Police officers to carry out Excessive; Sadistic ;and Malicious use of force against its Civilians During Police arrests; or allowing it to continue with Deliberate Indifference.

10. On August 7, 2024 at approximately  12:53 A.M. Plaintiff was walking up William Street heading towards South Williams Street to meet up with two of my friends

11. At the corner in the intersection of Williams Street, the traffic light was green, However there was a Un-marked SUV Tan color going straight that never moved across the light.

12. As I reached the corner of Williams Street and South Williams Street, The SUV Window rolled down and a Newburgh City Police officers face that I'm familiar with stated ''I am going to f--k you up'', This officer always verbally harass me when ever he sees me.

13. I continued walking down South Williams Street and I heard the loud slamming of a car door, a female voice screaming '' you can't do that'' and foot steps coming up behind me, so I quickly turn around and saw Newburgh City Police officer K. Jodice, in uniform , swinging punches at my head.

14. As captured by surveillance video camera Police officer k. Jodice can be seeing throwing forceful punches at my head and began ripping my clothes off.

15. He was subsequently assisted within seconds by 3-Three other Newburgh City police officers, 1-one male and Two- females.

16. Jane Doe #1 Tased me and Jane Doe #2 and John Doe assisted officer Jodice in punching me to the ground and placing me in hand cuffs.

17. While in hand cuffs and being held down by Jane Doe #2 and John Doe, officer Jodice began stomping and kicking me in the stomach and body area repeatedly.

18. None of the 3-Three Jane Doe and John Doe Newburgh City Police offier present even made an attempt to intervene in this execessive, sadistic and malicious use of force against me, even thought they had ample opportunity to do so.

19. My body began convulsing until I became unconscious. I was subsequently taken to Garnet Hospital where I regain consciousness.

20. This traumatic experience left me with several broken ribs, bruses and swolleness all over my body and face, premanent headaches; permanent digestive problems; impairment of vision, permanent injuries to my back and neck, leaving me with sleepless nights.

21. Upon information and belief from a news article published by Blaise Gomez on Aug 22, 2024 of optimum News 12, Westchester, New York. An internal investigation was conducted by City officials and officer involved was suspended { See Exhibit-A }

## CAUSE OF ACTION

22. Plaintiff re-alleges paragraphs 1-through 21 and states that defendants use of force on August 7, 2024 during his arrest was in violation of the 14th Amendment of the U.S. constitution when they :

 (A) used excessive force against Plaintiff while he was in hand cuff and restrained on August 7,2024

23. Plaintiff re-alleges paragraphs 1-through 21 and states that defendants use of force on August 7, 2024 during his arrest was in violation of the 8th Amendment of of the U.S. constitution to be free from cruel and unusual punishment when they:

(A) used excessive, sadistic and malicious force against against Plaintiff while he was in hand cuff and restrained on August 7,2024

## RELIEF

**WHEREFORE**, plaintiff respectfully request that this court grants the following relief:

(A) Issue a declaratory judgment finding that the defendants violated plaintiff's U.S, constitutional rights under the fourteenth amendment when they used Excessive force against Plaintiff when he was in Hand-cuffs and restrained during his arrest on August 7, 2024

(B) Issue a declaratory judgment finding that defendant violated plaintiff's U.S. con-stitutional rights under the eighth Amendment to be free from Cruel and unusual Punishment when they used Excessive ,Sadistic and Malicious force against Plaintiff while he was in Hand-cuffs and restrained during his arrest on August 7,2025

(C) Granting the plaintiff compensatory damages in the amount of :

1. $10,000,000.00 against the City of Newburgh

2. $5,000,000.00 against defendant Jodice

3. $5,000,000.00 against defendant John Doe

4. $5,000,000.00 against defendant Jane Doe #1

5. $1,000,000.00 against defendant Jane Doe #

(D) Grant plaintiffff punitive damages in the amount of:

1. $1,000,000.00 against defrndant Jodice

2. $1,000,000.00 against defendant John Doe

3. $1,000,000.00 against defendant Jane Doe #1

4. $1,000,000.00 against defendant Jane Doe #2

(E) Impose a 10-years oversight committee to monitor Use of force incidents by Police Officers within the City of Newburgh during Police arrests

(F) Any such relief this court may deem to be just and proper

**DECLARATION:** I have authored the foregoing complaint and hereby verify the matter alleged herein are true, except as to matters on information and belief, and as to those, I believe them to be true, I certify under the penalty of perjury that the foregoing are true and correct.


Date: July 22 ,2026
Orange County, New York

MARQUEIS FREEMAN
Orange County Jail
110 Wells Farm Road
Goshen, NY 10924-1627

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| July 22, 2026 | | Marcus Freeman |
|---|---|---|
| Dated | | Plaintiff's Signature |

| MARQUIS | | FREEMAN |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 110 WELLS FARM ROAD |
|---|
| Prison Address |

| GOSHEN | NEW YORK | 10924 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

# EXHIBIT A

# City of Newburgh man said to have broken ribs after violent beating, arrests by police

Blaise Gomez • Aug 22, 2024, 5:12 PM • Updated 620 days ago

Share: f X 𝒪



**MORE STORIES**



News 12 has learned the identity of a man seen in witness video being punched to the ground earlier this month by a City of Newburgh police officer. According to department records obtained by News 12, the man involved was Marquis Freeman.

Court records show the 38-year-old City of Newburgh resident is accused of threatening to assault police during a call for disorderly conduct. They say Freeman failed to comply with orders to step out of the road and later, spit on a female police officer three times after his arrest.

[/twitter]https://twitter.com/blaisegomez12/status/1826707672449908764?s=46[twitter]

Witness video shows the final moments of the incident when a male officer punches Freeman to the ground and continues beating him while he's held down by two other officers and Tased. An officer is then heard speaking to witnesses who questioned the arrest tactics used.

"He came up to my car and said he was going to beat the [expletive] out of me," says the officer. "I should let him punch me in the face, right?"

**MUST WATCH**

2  Altercation leads to slashing in New Rochelle          WATCH FULL VIDEO

Powered by minute.

City officials say an internal and external investigation is underway, including a review of police body camera footage of the incident. They say the primary officer involved has been suspended.

News 12 spoke exclusively to a friend of Freeman's on Thursday, not far from where the altercation happened Aug. 7 on South William Street. He says Freeman was also arrested for a second time, days after the initial encounter.

"He said they jumped out on him [and] another altercation happened," says the man who asked not to be identified. "He had four broken ribs. He couldn't breathe and eventually had to end up going in an ambulance."

Police records obtained by News 12 show Freeman was arrested for a second time Aug. 14. Both arrests are on various misdemeanor charges and violations.

City officials say they are looking into allegations that Freeman's ribs were broken during his second arrest.

"This seemed to get from bad to worse," said Wilbur Aldridge, NAACP Rockland Chapter president. "It crossed the line the moment they started beating him on the ground. Police are supposed to be trained in deescalating situations, not escalating."

The Orange County District Attorney's Office says Freeman was given appearance tickets to return to city of Newburgh Court. They say he missed his court appearance on Wednesday and now has a warrant out for his arrest.

News 12 reached out to Freeman's attorney but didn't immediately receive a response.

State and local officials confirmed to News 12 that the Attorney General's office has joined the probe into the suspended officer's

News12 New York    Where to Watch    Download the App

  LOCAL   CRIME   WEATHER   BEWELL   THE EAST END   CRIME FILES          55°          LIVE

MARQUIS FREEMAN
ORANGE COUNTY JAIL
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL Patrick Moynihan U.S Courthouse,
500 Pearl St., N.Y.C. 10007-1312

On July 22 2026 I Marquis Freeman mailed the court a 42 U.S.C 1983 Complaint with the supporting paper for however filing inadvertently deleted Exhibit A from the complaint.

Enclosed, please find the complete complaint with Exhibit A attached for filing…

Thank You
Marquis Freeman

MarQuis Freeman #20950017357
ORANGE COUNTY JAIL
110 WELLS FARM RD.
GOSHEN, NEW YORK, 10924

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 30  PM 3: 50

USM4P
PRO-SE OFFICE
SDNY

UNITED STATES D
SOUTHERN DISTR
DANIEL PATRICK
500 PEARL S
NEW YORK, N

- LEGAL MAIL -



FIRST-CLASS

US POSTAGE ℠PITNEY BOWES

ZIP 10924    $ 001.36⁰
02 7W
0008030045 JUL. 25. 2026

DISTRICT COURT
ICT OF NEW YORK
MOYNIHAN BLDG.
TREET
EW YORK, 10007

- LEGAL MAIL -