UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARQUIS FREEMAN,<br>Plaintiff,<br>-against-<br>CITY OF NEWBURGH, et al.,<br>Defendants. | 1:26-CV-6598 (LTS)<br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Marquis Freeman, who is appearing *pro se*, brings this action asserting claims under 42 U.S.C. § 1983. The Court dismisses this action for the following reason.

Plaintiff previously commenced another *pro se* action in this court by filing a nearly identical complaint against the Defendants named in this action and alleging the same set of facts. That other *pro se* action is pending before District Judge Nelson S. Román of this court. *See Freeman v. City of Newburgh*, 7:26-CV-6461 (NSR). As this action raises the same claims as raised in *Freeman*, 7:26-CV-6461 (NSR), no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this action without prejudice as duplicative of *Freeman*, 7:26-CV-6461 (NSR).

**CONCLUSION**

The Court dismisses this action without prejudice as duplicative of *Freeman*, 7:26-CV-6461 (NSR).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: August 7, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge